# EXHIBIT 1



**Bald Eagle Portrait of VA 451-671[1] ©Shattil/Rozinski**

---

[1] *See* http://dancingpelican.com/img/popups/BaldEagle023.jpg