# COMPOSITE EXHIBIT 3

**1 -** denotes in use as of 2/25/2016

**2 -** denotes notice given and/or constructive knowledge as of at least 2/11/16



**2 -** http://shop.donaldjtrump.com/category-s/113.htm (Screenshot #1)



**2 -** http://shop.donaldjtrump.com/product-p/dtc-yard-egl-wh.htm (Screenshot #2)



**2 -** http://shop.donaldjtrump.com/product-p/dtc-yard-slnt.htm (Screenshot #3)



**2 -** http://shop.donaldjtrump.com/product-p/dtc-yard-egl-bl.htm (Screenshot #4)

**Related Image URL(s):**
http://shop.donaldjtrump.com/v/vspfiles/photos/DTC-YARD-EGL-WH-1.jpg;
http://shop.donaldjtrump.com/v/vspfiles/photos/DTC-YARD-EGL-WH-2.jpg;
http://shop.donaldjtrump.com/v/vspfiles/photos/DTC-YARD-EGL-WH-2T.jpg;
http://shop.donaldjtrump.com/v/vspfiles/photos/DTC-YARD-EGL-BL-0.jpg;
http://shop.donaldjtrump.com/v/vspfiles/photos/DTC-YARD-EGL-BL-1.jpg;
http://shop.donaldjtrump.com/v/vspfiles/photos/DTC-YARD-EGL-BL-2T.jpg;
http://shop.donaldjtrump.com/v/vspfiles/photos/DTC-YARD-EGL-BL-2.jpg;
http://shop.donaldjtrump.com/v/vspfiles/photos/DTC-YARD-SLNT-2T.jpg;
http://shop.donaldjtrump.com/v/vspfiles/photos/DTC-YARD-SLNT-2.jpg;
http://shop.donaldjtrump.com/v/vspfiles/photos/DTC-YARD-SLNT-1.jpg;
http://shop.donaldjtrump.com/v/vspfiles/photos/DTC-YARD-SLNT-0.jpg;