# COMPOSITE EXHIBIT 4

**1 -** denotes in use as of 2/25/2016

**2 -** denotes notice given and/or constructive knowledge as of at least 2/11/16



**1 -** http://shop.donaldjtrump.com/product-p/dtc-yard-egl-wh.htm (red box added to illustrate sharing icons to permit unauthorized sharing to Internet Social Media Services)



**1 -** http://shop.donaldjtrump.com/product-p/dtc-yard-slnt.htm (red box added to illustrate sharing icons to permit unauthorized sharing to Internet Social Media Services)



**1, 2 –** Example Defendant contributing to third party unauthorized use/sharing onto Internet Social Media Services

https://www.pinterest.com/pin/38632509281999109/

(Black box redacting User(s) information; Red Circle indicating "pinned" or "saved" from the Trump Online Store)



**1, 2** – Example Defendant contributing to third party unauthorized use/sharing onto Internet Social Media Services

https://www.pinterest.com/pin/489273946998413221/

(Black box redacting User(s) information; Red Circle indicating "pinned" or "saved" from the Trump Online Store)



**1, 2** – Example Defendant contributing to third party unauthorized use/sharing onto Internet Social Media Services

https://www.pinterest.com/pin/446137906817190238/

(Black box redacting User(s) information; Red Circle indicating "pinned" or "saved" from the Trump Online Store)



**1, 2** – Example Defendant contributing to third party unauthorized use/sharing onto Internet Social Media Services

https://www.pinterest.com/pin/134474738851741192/

(Black box redacting User(s) information; Red Circle indicating "pinned" or "saved" from the Trump Online Store)



**1, 2** – Example Defendant contributing to third party unauthorized use/sharing onto Internet Social Media Services

https://www.pinterest.com/pin/437693657514813439/

(Black box redacting User(s) information; Red Circle indicating "pinned" or "saved" from the Trump Online Store)