IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY SHATTIL and ROBERT ROZINSKI, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP FOR PRESIDENT, INC. and <br><br> DOES 1-10, <br><br> Defendants. | Civ. Act. No. 1:16-cv-02162 |

## MOTION FOR ADMISSION
## PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, John M. DeBoer, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs, Wendy Shattil and Robert Rozinski, in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Texas and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: March 23, 2016

Respectfully Submitted,

_____
John M. DeBoer
**DEBOER IP PC**
2211 Rayford Rd., 111-116
Spring, TX 77386
Ph: 832-510-4332
Email: john@deboerip.com