IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY SHATTIL and ROBERT ROZINSKI,<br><br>    Plaintiff,<br><br>    *v.*<br><br>DONALD J. TRUMP FOR PRESIDENT, INC. and DOES 1-10,<br><br>    Defendants. | Civ. Act. No.  1:16-cv-02162 |

## ORDER FOR ADMISSION
## PRO HAC VICE

The motion of John M. DeBoer, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Texas; and that his contact information is as follows:

   Applicant Name: John M. DeBoer
   Firm Name: DeBoer IP, PC
   Address: 2211 Rayford Rd., 111-116
   City/State/Zip: Spring, TX 77386
   Phone: 832-510-4332

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Wendy Shattil and Robert Rozinski in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                      _____

                                                          United States District / Magistrate Judge