AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16 CV 2162

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Donald J Trump for President, Inc
was received by me on *(date)* 4-4-16 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CT Corporation , who is
designated by law to accept service of process on behalf of *(name of organization)* Donald J. Trump
for President, Inc. on *(date)* 4-4-16 ; or
12:05pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-4-16

Server's signature

Barbara Seay / Process Server
Printed name and title

The Marston Agency, Inc.
11535 Nuckols Road, Suite A
Glen Allen, VA 23059

Server's address

Additional information regarding attempted service, etc: