AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Shattil | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16-cv-2162 |
| Donald J. Trump for President, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donald J. Trump for President, Inc.

Date: April 19, 2016

s/ Ian Samuel
*Attorney's signature*

Ian Samuel (IS-1868)
*Printed name and bar number*

222 E. 41st Street
New York, NY 10017
*Address*

isamuel@jonesday.com
*E-mail address*

(212) 326-3808
*Telephone number*

(212) 755-7306
*FAX number*