# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702
TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-20-16

Direct Number: (212) 326-3808
ISAMUEL@JONESDAY.COM

April 19, 2016


RECEIVED
APR 20 2016
JUDGE KAPLAN'S CHAMBERS

VIA ECF

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re:  Letter Motion for Extension of Time in *Shattil v. Donald J. Trump for President, Inc.* (No. 16-cv-2162)

Dear Judge Kaplan:

    We represent the defendant in this suit, and write to request an extension of time in which to answer the complaint. The defendant was served on April 4, 2016, and the current deadline to answer is therefore April 25, 2016. We request a 30-day extension, to and including May 25, 2016, in which to either answer the complaint or make an appropriate motion. No previous request for an extension of time has been made.

    Counsel for the plaintiffs consents to this request.

Very truly yours,

/s/ Ian Samuel

cc:  All parties of record (via ECF)

Plaintiffs shall file any response to this request on or before April 22, 2016.

SO ORDERED

LEWIS A. KAPLAN, USDJ
4/20/16

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES
MADRID • MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON