IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY SHATTIL and ROBERT ROZINSKI,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC. and DOES 1-10,<br><br>　　Defendants. | Civ. No. 1:16-cv-02162-LAK |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs and/or its counsel(s), and the Defendants, having neither filed an answer nor a motion for summary judgment, and having come to an Agreement to resolve all claims, hereby give notice that the above-captioned action is voluntarily dismissed, *with prejudice*.

　　The Court shall maintain jurisdiction to enforce the Agreement.

Dated: May 31, 2016

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　_____s/ John M. DeBoer_____
　　　　　　　　　　　　　　　　　　　　John M. DeBoer (Fed ID No. 1065609)
　　　　　　　　　　　　　　　　　　　　**DEBOER IP PC**
　　　　　　　　　　　　　　　　　　　　2211 Rayford Rd., 111-116
　　　　　　　　　　　　　　　　　　　　Spring, TX  77386
　　　　　　　　　　　　　　　　　　　　Ph: 832-510-4332
　　　　　　　　　　　　　　　　　　　　Email: john@deboerip.com

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*