✎ AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | | COURT NAME AND LOCATION<br>U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>500 PEARL STREET, NEW YORK, N.Y. 10007 |
|---|---|---|
| DOCKET NO.<br>16-cv-02162-LAK | DATE FILED<br>3/23/2016 | |
| PLAINTIFF<br>Wendy Shattil<br>Robert Rozinski | | DEFENDANT<br>Donald J. Trump For President, Inc.<br>Does 1-10 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1  See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED<br>5/31/2016 |
|---|---|---|
| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>s/J. Kertes | DATE<br>6/1/2016 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WENDY SHATTIL and ROBERT ROZINSKI,<br><br>    Plaintiffs,<br><br>    *v.*<br><br>DONALD J. TRUMP FOR PRESIDENT, INC. and DOES 1-10,<br><br>    Defendants. | Civ. No. 1:16-cv-02162-LAK |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs and/or its counsel(s), and the Defendants, having neither filed an answer nor a motion for summary judgment, and having come to an Agreement to resolve all claims, hereby give notice that the above-captioned action is voluntarily dismissed, *with prejudice*.

The Court shall maintain jurisdiction to enforce the Agreement.

Dated: May 31, 2016

                                          Respectfully Submitted,

                                            s/ John M. DeBoer
                                            John M. DeBoer (Fed ID No. 1065609)
                                            **DeBoer IP PC**
                                            2211 Rayford Rd., 111-116
                                            Spring, TX  77386
                                            Ph: 832-510-4332
                                            Email: john@deboerip.com

                                            *Attorney for Plaintiffs*

**CERTIFICATE OF COPYRIGHT REGISTRATION**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
**VA 451 671**
VA / VAU

EFFECTIVE DATE OF REGISTRATION
Month 2 / Day 12 / Year 91

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1 TITLE OF THIS WORK ▼**
Bald Eagle Portrait

**NATURE OF THIS WORK ▼** See instructions
Photograph

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 NAME OF AUTHOR ▼**
a. Bob Rozinski

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1938   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ► U.S.A.
     { Domiciled in ►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law...

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Work

**NAME OF AUTHOR ▼**
b.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ►
     { Domiciled in ►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**
c.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ►
     { Domiciled in ►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3 YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1980 ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ► 01   Day ► 01   Year ► 84 (Est.) ◄ Nation
U.S.A.

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Wendy Shattil
Bob Rozinski
P. O. Box 37422
Denver, Colorado 80237

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
agreement between author and Wendy Shattil

APPLICATION RECEIVED
FEB 12 1991
ONE DEPOSIT RECEIVED
FEB 12 1991
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**Rights and Permissions**

   Name: Dennis Flaherty

   Email: dennis@flaherty.com

**Certification**

        Name: Dennis Flaherty

        Date: July 5, 2011

Applicant's Tracking Number: 20110703161930

