Case 1:16-cv-02162-LAK Document 14 Filed 05/31/16 Page 1 of 1



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

WENDY SHATTIL and ROBERT ROZINSKI,

    Plaintiffs,

v.

DONALD J. TRUMP FOR PRESIDENT, INC. and DOES 1-10,

    Defendants.

Civ. No. 1:16-cv-02162-LAK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-1-16
```

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs and/or its counsel(s), and the Defendants, having neither filed an answer nor a motion for summary judgment, and having come to an Agreement to resolve all claims, hereby give notice that the above-captioned action is voluntarily dismissed, *with prejudice*.

The Court shall maintain jurisdiction to enforce the Agreement.

Dated: May 31, 2016

    Respectfully Submitted,

        s/ John M. DeBoer
    John M. DeBoer (Fed ID No. 1065609)
    **DEBOER IP PC**
    2211 Rayford Rd., 111-116
    Spring, TX 77386
    Ph: 832-510-4332
    Email: john@deboerip.com

    *Attorney for Plaintiffs*

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ

6/1/16